Red Target, LLC v Lane No. 1 (2025 NY Slip Op 03520)

Red Target, LLC v Lane No. 1

2025 NY Slip Op 03520

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ. (Filed June 6, 2025.) 

MOTION NO. (912/24) CA 24-01075.

[*1]RED TARGET, LLC, DOING BUSINESS AS SCJ COMMERCIAL FINANCIAL SERVICES, PLAINTIFF-RESPONDENT, 
v
LANE NO. 1, DOING BUSINESS AS ROUTE 11 CLUB, DEFENDANT, AND RICHARD L. SPOSATO, ALSO KNOWN AS RICHARD SPOSATO, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.